AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR - 7 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Vicente Antonio Amezcua-Bram

**CRIMINAL COMPLAINT**

Case Number: M-19-558-M

IAE  YOB: 1988
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 5, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Vicente Antonio Amezcua-Bram was encountered by Border Patrol Agents near Roma, Texas on March 5, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 5, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 25, 2017 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 24, 2017, the defendant was convicted of 8 USC 1324, Harboring aliens within the U.S. for private financial gain and sentenced to eight (8) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by David A. Lindeman-ll
3/7/19

Sworn to before me and subscribed in my presence,

March 7, 2019  3:32 pm

Signature of Complainant
Miguel Valle  Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer